Natalie P. Vance, Bar No. 206708
Lindsey N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
lcasillas@klinedinstlaw.com

Attorneys for Defendant
PEOPLEREADY, INC.

Margaret Rosenthal, Bar No. 147501
Sabrina L Shadi, Bar No. 205405
Joseph S. Persoff, Bar No. 307986
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
sshardi@bakerlaw.com
jpersoff@bakerlaw.com

Attorneys for Defendants ADESA CALIFORNIA, LLC,
ADESA, INC., and ADESA TRANSPORTATION, INC.

Ronald W. Makarem, Bar No. 180442
Jared V. Walder, Bar No. 310687
Makarem & Associates, APLC
11601 Wilshire Boulevard, Suite 2440
Los Angeles, CA 90025-1760
(310) 312-0299
markarem@law-rm.com
walder@law-rm.com

Attorneys for Plaintiff
PATRICIA CABALLERO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA CABALLERO,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLEREADY, INC., a Washington corporation; ADESA CALIFORNIA, LLC; a Delaware corporation; ADESA TRANSPORTATION, INC, an Indiana corporation,<br><br>Defendants. | Case No. 2:19-cv-01210-WBS-AS<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND MATTER AND TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Response due August 30, 2019<br>New Response due September 13, 2019<br>The Hon. William B. Shubb |

1

STIPULATION AND [PROPOSED] ORDER TO REMAND MATTER AND TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by and between PATRICIA |
| 2 | CABALLERO ("Plaintiff'), PEOPLEREADY, INC., ADESA California, LLC, ADESA, Inc., and |
| 3 | ADESA Transportation, Inc. (collectively "Defendants"), by and through their respective |
| 4 | attorneys, that all parties consent to this matter being remanded to state court. Furthermore, the |
| 5 | parties agree that in light of the remand, Defendants may have the later of two weeks from the date |
| 6 | of the remand or October 11, 2019 to respond to Plaintiff's First Amended Complaint to allow for |
| 7 | compliance with local rules in scheduling a motion. |
| 8 | On April 17, 2019, Plaintiff filed this action in the Superior Court of California, County of |
| 9 | Sacramento. |
| 10 | On May 30, 2019, Plaintiff served Defendants with a copy of the Summons and |
| 11 | Complaint. |
| 12 | On June 28, 2019, Defendants filed their Answers to Plaintiff's Complaint in the Superior |
| 13 | Court, County of Sacramento. Defendants ADESA also removed this action to this Court and |
| 14 | Defendant PeopleReady joined the removal of the action to this Court. |
| 15 | On July 19, 2019, Plaintiff filed and served her First Amended Complaint. |
| 16 | Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(3), Defendant's response to the |
| 17 | First Amended Complaint is currently due on September 13, 2019. |
| 18 | On August 26, 2019, Plaintiff filed and served her Motion to Remand this matter. |
| 19 | The parties have engaged in discussions concerning the remand and their respective |
| 20 | positions concerning arbitration of this matter. |
| 21 | Based on the foregoing facts above and the Parties' agreement, it is hereby stipulated that |
| 22 | this matter be remanded to state court. Furthermore, the parties agree that in light of the remand, |
| 23 | Defendants may have the later of two weeks from the date of the remand or October 11, 2019 to |
| 24 | respond to Plaintiff's First Amended Complaint to allow for compliance with local rules in |
| 25 | scheduling a motion. |
| 26 | **IT IS SO STIPULATED.** |

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

KLINEDINST PC

DATED: September 9, 2019   By: */s/ Lindsey N. Casillas*
 Natalie P. Vance
 Lindsey N. Casillas
 Attorneys for Defendant
 PEOPLEREADY, INC.

MARKAREM & ASSOCIATES, APLC

DATED: September 6, 2019   By: /s/ *Jared V. Walder* as authorized on 9/6/2019
 Ronald W. Makarem
 Jared V. Walder
 Attorneys for Plaintiff
 PATRICIA CABALLERO

BAKER & HOSTETLER LLP

DATED: September 9, 2019   By: /s/ *Margaret Rosenthal* as authorized on 9/9/2019
 Margaret Rosenthal
 Sabrina L Shadi
 Joseph S. Persoff
 Attorneys for Defendants ADESA CALIFORNIA, LLC, ADESA, INC., and ADESA TRANSPORTATION, INC.

**IT IS SO ORDERED.** The September 23, 2019 motion hearing date and the October 28, 2019 scheduling conference date are VACATED, and this case is hereby REMANDED to the Superior Court of the State of California, in and for the County of Sacramento.

**Dated: September 10, 2019**

 _____
 WILLIAM B. SHUBB
 UNITED STATES DISTRICT JUDGE